## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **C.A. NO. 1:18-cv-01805-MN** |
| **v.** | ) |
| | ) |
| **PILOT CORPORATION OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Symbology Innovations LLC hereby dismisses this action with prejudice.  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.


Dated: January 10, 2019

Respectfully Submitted,

**DEVLIN LAW FIRM LLC**

Eugenio J. Torres-Oyola
(Admitted *Pro Hac Vice*)
Jean G. Vidal Font
(Admitted *Pro Hac Vice*)
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
Email: jvidal@ferraiuoli.com

*/s/ Timothy Devlin*
Timothy Devlin (#4241)
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com


**ATTORNEYS FOR PLAINTIFF**
**SYMBOLOGY INNOVATIONS LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 10, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<u>*/s/ Timothy Devlin*</u>
Timothy Devlin (#4241)